# American Bill Posting Company, Limited, Appellant, *v.* Jermon.

Argued Oct. 21, 1904.    Appeal, No. 75, Oct. T., 1904, by plaintiff, from order of C. P. No. 4, Sept. T., 1903, No. 2739, dismissing rule for judgment for want of a sufficient affidavit of defense in case of American Bill Posting Company, Limited, v. John G. Jermon.    Before RICE, P. J., BEAVER, ORLADY, SMITH, PORTER, MORRISON and HENDERSON, JJ.    Affirmed.

*Augustus Trask Ashton,* for appellant.

*B. I. De Young,* for appellee.

OPINION BY SMITH, J.,  January 17, 1905:

This case is practically identical, as to the declaration, with Bill Posting Sign Co. v. Jermon, ante, p. 171, in which an opinion has this day been filed, and what is said in that case applies equally to this.    The declaration here exhibits substantially the same defects that appear in that case, therefore the affidavit need not be considered.    It does not appear whether judgment was refused by the court below by reason of the insufficiency of the declaration, or the sufficiency of the affidavit of defense; but the decision may well be sustained on the former ground.

Appeal dismissed without prejudice.